JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Gordon<br><br>    Plaintiff,<br><br>v.<br><br>Target Corporation, et al<br><br>    Defendants. | Case No. CV 15-03597-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 2, 2016        _____
                          ANDRÉ BIROTTE JR.
                          UNITED STATES DISTRICT COURT JUDGE

1.